# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES BERNARD HOLTS

NO. 2023 KW 0267

**MAY 8, 2023**

---

In Re:    James Bernard Holts, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 459880.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the memorandum in support of the application for postconviction relief, the state's response, the district court's ruling, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. In addition, relator's brief in support of the writ application does not set out the issue(s) presented for review or assign error to the judgment of the district court. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT